UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARQUEZ AMARO, *on behalf of himself and others similarly situated*, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BEE SWEET CITRUS, INC.,<br><br>Defendant. | Case No. 1:21-cv-00382-JLT-EPG<br><br>ORDER REQUIRING PLAINTIFFS TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO APPEAR AT STATUS CONFERENCE<br><br><u>SEVEN (7) DAY DEADLINE</u> |

On November 14, 2022, the Court set a status conference for April 5, 2023, at 10:30 AM, and ordered the parties to file a joint status report one week before the conference. (ECF No. 51). On March 29, 2023, the parties filed their joint report. (ECF No. 52).

Although counsel for Plaintiffs participated in the joint report, which correctly noted the time of the joint scheduling conference, and counsel for Defendant Bee Sweet Citrus, Inc.[1] appeared at the conference, Plaintiffs' counsel did not appear at the conference.

As such, the Court will order Plaintiffs to show cause why sanctions should not issue for failure to attend the status conference and for failing to comply with a court order to attend the conference.

---

[1] The Court notes that summons issued as to three new third-party defendants on March 31, 2023. (ECF No. 53). The new third-party defendants were not subject to the Court's November 14, 2022 order.

1

Accordingly, IT IS ORDERED that, by no later than April 12, 2023, Plaintiffs shall show cause in a written filing why sanctions should not issue for failure to attend the scheduling conference on April 5, 2023.[2]

IT IS SO ORDERED.

Dated:  **April 12, 2023**                               /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE

---

[2] The Court will consider rescheduling the status conference after it receives Plaintiffs' response.