UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARQUEZ AMARO, *et al.*, *on behalf of themselves and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BEE SWEET CITRUS, INC., *et al.*,<br><br>Defendants. | Case No. 1:21-cv-00382-JLT-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND RESETTING STATUS CONFERENCE<br><br>(ECF No. 55). |

On April 12, 2023, the Court issued an order requiring Plaintiffs to show cause as to why sanctions should not issue for failing to appear at the status conference. (ECF No. 55). Plaintiffs were directed to file a response within seven days. (*Id.*) On that same day, counsel for Plaintiffs filed a declaration stating that counsel believed that he had dialed into the correct conference line at the time of the conference. (*Id.* at p. 2). However, Plaintiffs' counsel was disconnected, and upon review, realized that he had attempted to join Judge Thurston's conference line. (*Id.* at p. 3). In light of Plaintiffs' counsel's declaration, the Court will discharge the order to show cause.

Based on the parties' joint status report (ECF No. 52), it appears that discovery is proceeding as limited by the Court's prior order. The parties are also waiting for rulings on various submitted motions. Further, summons have issued to third-party defendants. Accordingly, the Court sets a status conference for September 12, 2023. The parties shall file a joint status

report one full week prior to the conference. The parties are also reminded to follow the Court's procedures for discovery disputes, if any, including requesting an informal conference before filing any motions to compel.

     Accordingly, IT IS HEREBY ORDERED that:

1. The Court's April 12, 2023, order (ECF No. 55) for Plaintiffs to show cause why sanctions should not issue is discharged;

2. Further, the Court resets the status conference for September 12, 2023, at 10:30 AM. The parties shall file a joint status report one full week prior to the conference. To participate telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.

IT IS SO ORDERED.

Dated: __April 18, 2023__       /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE