UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARQUEZ AMARO, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEE SWEET CITRUS, INC.,<br><br>Defendant. | Case No. 1:21-cv-00382-JLT-EPG<br><br>ORDER RE: DISCOVERY STIPULATION<br><br>(ECF No. 79).<br><br>ORDER DIRECTING THE CLERK OF COURT TO TERMINATE PENDING MOTION FOR SUMMARY JUDGMENT IN LIGHT OF STIPULATION<br><br>(ECF No. 75). |

Based on the parties' stipulation (ECF No. 79), IT IS ORDERED that:

1. Plaintiff will be allowed to take the deposition of Jim Marderosian of Bee Sweet. The deposition will be limited to the issues of the Defendant's current Motion for Summary Judgment. Parties anticipate the deposition will take approximately a couple of hours. The deposition will be taken by remote electronic means.

2. Plaintiff will be allowed to depose and subpoena Defendant's Farm Labor Contractors for the purpose of obtaining evidence to oppose Defendant's Motion for Summary Judgment.

3. The parties further stipulate that Defendant hereby withdraws its Motion for Summary Judgment without prejudice to refile later at Defendant's discretion sometime after the completion of Mr. Marderosian's aforementioned deposition and Plaintiff's opportunity to

subpoena and depose Defendant's labor contractors.

4. Finally, the Clerk of Court is directed to terminate as pending Defendant Bee Sweet Citrus Inc.'s motion for summary judgment (ECF No. 75) in light of Defendant's withdrawal of the motion.

IT IS SO ORDERED.

Dated: **February 5, 2024**              /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE